# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVIS BRANCO, | ) | 1:10-cv-881 AWI-GSA |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING ACTION TO |
| | ) | SACRAMENTO DIVISION |
| v. | ) | |
| CREDIT COLLECTION SERVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

On May 15, 2010, Plaintiff filed this action alleging violations of Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act by Defendant. The alleged violations took place in Amador County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. *See* Local Rule 3-120(d).

Title 28 of the United States Code Section 1391(b) provides

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

The court is transferring this action to the Sacramento Division of the Eastern District of California pursuant to Title 28 United States Code Section 1404(a) in the interests of justice for the following reasons. The actions giving rise to Plaintiff's complaint all arose in Amador County and Defendant does not appear to reside within the Fresno division's jurisdiction. *See* 28

1 | U.S.C. § 1391(b)(2).  Plaintiff also appears to reside in Ione, California, which is in Amador
2 | County.
3 |     Good cause appearing, IT IS HEREBY ORDERED that this matter is TRANSFERRED
4 | to the Sacramento Division of the United States District Court for the Eastern District of
5 | California.

8 |     IT IS SO ORDERED.
9 |     Dated:   **May 18, 2010**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE